UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:16-cr-9-FtM-38CM

LORENZO TEHUINTLE-TEMOXTLE

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Date (Doc. #26) filed on July 13, 2016.  Counsel moves the court to advance the sentencing date currently set for August 22, 2016.  As grounds, counsel indicates there are no objections to the guideline calculation and the case is ripe for sentencing.  The Government does not object.  The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Advance Sentencing Date (Doc. 26) is **GRANTED**. The sentencing hearing will be rescheduled to **August 8, 2016 at 2:15 PM**.  The clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this July 14, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record